# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 22, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

152094(5)

*In re* KEVIN J. RIEMAN
_____

ATTORNEY GRIEVANCE COMMISSION,
        Petitioner.
_____/

SC: 152094
ADB: 15-9-GA

On order of the Court, the motion for order to show cause is considered. We DIRECT the Attorney Grievance Commission to file a response to respondent's answers to the motion to show cause within 28 days of the date of this order. The AGC shall also address whether this Court has jurisdiction for contempt purposes where the affidavit accompanying the AGC's motion was apparently not made by a person witnessing the contemptuous act or having personal knowledge of the alleged acts, and whether jurisdiction can be waived by respondent.

The motion for order to show cause remains pending.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 22, 2016
_____

a0615


Clerk